**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **KENNEDY M. RUSSELL, SR.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **NO. 07-CV-084-WDS** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| **et al.,** ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on United States of America's motion to dismiss.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated March 22, 2010, judgment is entered in favor of the defendant, **UNITED STATES OF AMERICA** (substituted as defendant for Internal Revenue Service, Gloria Hayes, and Annette M. Jones) and against plaintiff, **KENNEDY M. RUSSELL, SR.,** and those claims are **DISMISSED** with prejudice.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated June 20, 2007, defendant **ST. CLAIR COUNTY RECORDER** was **DISMISSED** and that dismissal is now **with prejudice.**

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Second Amended Complaint filed by the plaintiff on November 1, 2007, plaintiff did not re-name defendants, **STATE OF ILLINOIS, ILLINOIS DEPARTMENT OF REVENUE, ST. CLAIR COUNTY, ILLINOIS, OR MICHAEL T. COSTELLO** and those defendants are **DISMISSED with prejudice.**

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Third Amended Complaint filed by plaintiff on August 11, 2009, plaintiff did not re-name defendants **SOCIAL SECURITY ADMINISTRATION, FINANCIAL MANAGEMENT SERVICE, CHARLES A. WILSON and INTERNAL REVENUE TAX AND AUDIT SERVICE, INC.,** and those defendants are **DISMISSED with prejudice.**

**DATED** this 22nd day of March, 2010.

NANCY J. ROSENSTENGEL,
**CLERK OF THE COURT**


BY:  *s/Sandy Pannier*
         **Deputy Clerk**

**APPROVED:**

   *s/WILLIAM D. STIEHL*
       **U. S. District Judge**